# UNITED STATES DISTRICT COURT
for the

MIDDLE District of TENNESSEE

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MARCIA MIRANDA<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.    15-mj-2062 |

## ORDER SCHEDULING A DETENTION HEARING

A *preliminary +* detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.: | 661 |
|---|---|---|---|
| | | Date and Time: | May 27, 2015 at 10:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 21, 2015

*Judge's signature*

E. CLIFTON KNOWLES, US Magistrate Judge

*Printed name and title*